Disposition of Petitions for Discretionary Review Under G.S. 7A-31

STATE v. THOMPSON

No. 526P85.

Case below: 76 N.C. App. 346.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

STATE v. TRAYWICK

No. 660P85.

Case below: 76 N.C. App. 683.

Petitions by defendant for writ of certiorari to the North Carolina Court of Appeals and for writ of supersedeas and temporary stay denied 1 November 1985.

STATE EX REL. UTILITIES COMM. v.
N. C. NATURAL GAS

No. 561P85.

Case below: 76 N.C. App. 330.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

TATE v. GARDNER

No. 542P85.

Case below: 76 N.C. App. 164.

Petition by Rossie G. Gardner for discretionary review under G.S. 7A-31 denied 5 November 1985. Notice of appeal under G.S. 7A-30 dismissed 5 November 1985.

UMSTEAD v. EMPLOYMENT SECURITY COMMISSION

No. 466P85.

Case below: 75 N.C. App. 538.

Petition by Department of Agriculture for discretionary review under G.S. 7A-31 denied 5 November 1985.